# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

UNITED STATES OF AMERICA

VS.                                              CASE NO: 6:12-CR-31-Orl-18DAB

JOEL PALMA-RODRIGUEZ

---

## ACCEPTANCE OF PLEA OF GUILTY AND
## ADJUDICATION OF GUILT

Pursuant to the Report and Recommendation of the United States Magistrate Judge, there

being no timely objection, the plea of guilty of the Defendant to Count One (1) of the Indictment

is now accepted and the Defendant is ADJUDGED GUILTY of such offense(s). A sentencing

hearing has been scheduled and will be conducted pursuant to separate notice.


DONE and ORDERED in Orlando, Florida on this ___29___ day of March, 2012.

**G. KENDALL SHARP**
Senior United States District Judge

Copies furnished to:

United States Marshal
United States Attorney
United States Probation Office
United States Pretrial Services Office
Counsel for Defendant